UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jose L. Perez
                Plaintiff,

v.                                            Case No.: 1:19−cv−00893
                                              Honorable Charles R. Norgle Sr.

Nationstar Mortgage LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 21, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for extension of time to answer or otherwise plead [7] is granted. The parties are not required to appear before the court on Friday, March 22, 2018. A status hearing is set for 4/23/2019 at 10:00 a.m. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.